MARIA ASSALONE, as Administratrix of the Estate of
DOMENICK ASSALONE, Deceased, Respondent, *v.*
THOMAS HAZEL et al., Appellants.

(Argued November 18, 1935; decided November 26, 1935.)

*Austin G. Cocuzza* for motion.
*William B. Davis* opposed.

Motion denied, with leave to renew on the argument
of the appeal.